NOTICE OF INTENTION TO APPLY FOR MINERAL PATENT

EMERSON A. RAY AND FAY R. RAY 1990 TRUST

EXHIBIT A

CR 28826

| BLM NO<br>CAMC | NAME OF CLAIM | SECTION | BOOK/PAGE<br>COUNTY RECORDER # | |
|---|---|---|---|---|
| 44019 | CINDER NO. 2 | 20 | 300/322 | |
| | Amended | 19,20,29,30 | 91-336035 | |
| 44020 | CINDER NO. 3 | 29 | 300/324 | )  Placer mining claims |
| | Amended | | 91-336036 | ) |

| | MILL SITE CLAIMS | | |
|---|---|---|---|
| 246752 | CINDER 2 M 1 | 30 | 91-336037 |
| 246753 | CINDER 2 M 2 | 30 | 91-336038 |
| 246754 | CINDER 2 M 3 | 30 | 91-336039 |
| 246755 | CINDER 4 M 4 | 30 | 91-336040 |
| 246756 | CINDER 2 M 5 | 19 | 91-336041 |
| 246757 | CINDER 2 M 6 | 19 | 91-336042 |
| 246758 | CINDER 2 M 7 | 19 | 91-336043 |
| 246759 | CINDER 2 M 8 | 19 | 91-336044 |
| 246760 | CINDER 2 M 9 | 19 | 91-336045 |
| 246761 | CINDER 2 M 10 | 19 | 91-336046 |
| 246762 | CINDER 2 M 11 | 19 | 91-336047 |
| 246763 | CINDER 2 M 12 | 19 | 91-336048 |
| 246764 | CINDER 2 M 13 | 20 | 91-336049 |
| 246765 | CINDER 2 M 14 | 20 | 91-336050 |
| 246766 | CINDER 2 M 15 | 20 | 91-336051 |
| 246767 | CINDER 2 M 16 | 20 | 91-336052 |
| 246768 | CINDER 2 M 17 | 20 | 91-336053 |
| 246769 | CINDER 2 M 18 | 20 | 91-336054 |
| 246770 | CINDER 2 M 19 | 29 | 91-336055 |
| 246771 | CINDER 2 M 20 | 29 | 91-336056 |
| 246772 | CINDER 2 M 21 | 29 | 91-336057 |
| 246773 | CINDER 2 M 22 | 29 | 91-336058 |
| 246774 | CINDER 2 M 23 | 29 | 91-336059 |
| 246775 | CINDER 2 M 24 | 29 | 91-336060 |
| 246776 | CINDER 2 M 25 | 29 | 91-336061 |
| 246777 | CINDER 2 M 26 | 29 | 91-336062 |
| 246778 | CINDER 2 M 27 | 29 | 91-336063 |
| 246779 | CINDER 2 M 28 | 20 | 91-336064 |
| 246780 | CINDER 2 M 29 | 20 | 91-336065 |
| 246781 | CINDER 2 M 30 | 20 | 91-336066 |
| 246782 | CINDER 2 M 31 | 20 | 91-336067 |
| 246783 | CINDER 2 M 32 | 20 | 91-336068 |

| BLM NO.<br>CAMC | NAME OF<br>CLAIM | SEC. | BOOK/PAGE<br>COUNTY REC.# |
|---|---|---|---|
| 246784 | CINDER 3 M 1 | 29 | 91-336069 |
| 246785 | CINDER 3 M 2 | 29 | 91-336070 |
| 246786 | CINDER 3 M 3 | 29 | 91-336071 |
| 246787 | CINDER 3 M 4 | 29 | 91-336072 |
| 246788 | CINDER 3 M 5 | 29 | 91-336073 |
| 246789 | CINDER 3 M 6 | 29 | 91-336074 |
| 246790 | CINDER 3 M 7 | 29 | 91-336075 |
| 246791 | CINDER 3 M 8 | 29 | 91-336076 |
| 246792 | CINDER 3 M 9 | 29 | 91-336077 |
| 246793 | CINDER 3 M 10 | 29 | 91-336078 |
| 246794 | CINDER 3 M 11 | 29 | 91-336079 |

RECEIVED
USDI BLM

SEP 26 1991

CA STATE OFFICE



EXHIBIT
1

NOTICE OF INTENTION TO APPLY FOR MINERAL PATENT

EMERSON A. RAY AND FAY R. RAY 1990 TRUST

## EXHIBIT A

| BLM NO. CAMC | NAME OF CLAIM | SECTION | BOOK/PAGE COUNTY RECORDER # | |
|---|---|---|---|---|
| 44018 | IWO JIMA | 17 | 300/320 | |
| | Amended | | 9784/1295-1296 | ) Placer Claim |
| | Amended | | 91-336034 | ) |

## MILL SITE CLAIMS

| | | | |
|---|---|---|---|
| 246795 | IWO JIMA M-1 | 17 | 91-336080 |
| 246796 | IWO JIMA M-2 | 17 | 91-336081 |
| 246797 | IWO JIMA M-3 | 17 | 91-336082 |
| 246798 | IWO JIMA M-4 | 17 | 91-336083 |
| 246799 | IWO JIMA M-5 | 17 | 91-336084 |
| 246800 | IWO JIMA M-6 | 17 | 91-336085 |
| 246801 | IWO JIMA M-7 | 17 | 91-336086 |
| 246802 | IWO JIMA M-8 | 17 | 91-336087 |

RECEIVED
USDI BLM

SEP 23 1991

CA STATE OFFICE